# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 26 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1504 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11242 | Email: mh@michaelhueston.com |

ADMITTED NY

September 12, 2025

**BY EMAIL**
Jonathan Siegel, Anna L. Karamigios,
Nadia Moore, and Kamil Ammari
Assistant U.S. Attorneys
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Saracay Lopez, et al.,* 20-228 (S-3) (LDH)

Dear Counselors:

Jacob Kaplan, David Mou, and I represent defendant Mr. Hugo Amaya Diaz in the above-referenced matter. On behalf of defendants Amaya Diaz, Edenilson Velasquez Larin, and Jose Arevalo Iraheta**,** I submit this letter pursuant to Rules 7 and 16 of the Federal Rules of Criminal Procedure, in lieu of a formal motion that might unnecessarily burden the Court. In the event of a disagreement regarding the defendants' entitlement to specific materials, we can request the Court's intervention. As you are aware, your office has a continuing duty to disclose *Brady* and Rule 16 materials as they become available.

With respect to the DNA evidence concerning the purported identification of Oswaldo Gutierrez Medrano (Counts One, Forty-Two, Forty-Three, and Forty-Four, under 18 U.S.C. § 1959(a)(1)), we respectfully request the following:

1. **Electronic DNA Data**
   Please provide electronic copies (in CD or secure file-sharing format) of all DNA data generated in connection with this homicide, including:
   a. All reported data;
   b. All DNR (Data Not Reported) runs;
   c. All raw data, including Genescan®, Genotyper®, GeneMapper®, SeqScape®, GeneMarker®, or other relevant mtDNA and/or autosomal/YSTR generated runs (to include all .fsa, .ser, .hid, and related analysis/project files);
   d. All associated reference binders, analysis parameters folders, and related materials.

2. **STRmix® / Probabilistic Genotyping Data**
   Please provide electronic copies (in CD or secure file-sharing format) of all STRmix® or other probabilistic genotyping data generated, including reported and unreported analyses, run folders, and associated files. These run folders may include:

a. Analysis file folders (audit, extended output, inputs, kits, log, reports, stutter, allele frequencies, population data, etc.);
b. Text documents;
c. XML documents.

3. **Protocols and Manuals**
Please provide copies of the DNA and Serology/Forensic Biology protocols (SOPs), Laboratory Quality Manual, and work instructions (including all appendices) applicable to the testing performed and results reported. These should include interpretive guidelines, thresholds, statistical methods, database references, acronyms/abbreviations, and CODIS-related guidelines. Any revisions made to these documents during the period from testing initiation to report finalization must be documented and disclosed.
*Note: The defense has not yet received the SOPs from the New York State Police Lab.*

4. **Corrective Action / Error Logs**
Please provide all corrective action logs and related documentation for all primary analysts and technical reviewers involved in this case. These records should include events throughout the analysts' work history, sometimes categorized as "contamination," "unexpected results," "sample switching," "mislabeling," "interpretation errors," "analysis errors," "statistical errors," or similar. Please include all administrative and QA/QC investigative documentation concerning such events and their remediation.

5. **Training Materials**
Please provide complete training manuals and materials for the primary analyst(s) and technical reviewer(s) in this case, including all training documents relevant to methodologies, procedures, interpretations, conclusions, and statistical analyses performed.

6. **Proficiency Testing**
Please provide proficiency test results for all relevant analysts (primary and technical reviewers) covering two years prior to and two years following the testing/reporting of evidentiary and exemplar DNA samples in this case. Each record should identify:
(1) the proficiency testing company;
(2) test number;
(3) analyst(s); and
(4) results.
For any discrepancies, please include documentation of the discrepancy, corrective action(s) taken, and internal/external communications concerning the issue.
*Note: The defense has not yet received the FBI's PT summaries.*

7. **External DNA Audits**
Please provide the last two external DNA audits of the laboratory (ANAB, ASCLD-LAB, ISO-17025, Legacy, NFSTC, etc.), including:
(1) findings;
(2) laboratory responses; and
(3) remediation.
*Note: The defense has not yet received the FBI's external audit.*

We appreciate your prompt attention to these discovery matters and look forward to your timely response.

Sincerely,

/s/ Michael Hueston
Jacob Kaplan
David Mou

cc:    Clerk of the Court